UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

**In re:**
Jacqueline Bryant

Bankruptcy Case: **14−16960−pmc**

Chapter: **7**

Judge: **PAT E MORGENSTERN−CLARREN**

**Plaintiff:**
Steven S. Davis, Trustee

−vs−

Adv. Proc. No.: **15−01030−pmc**

**Defendant:**
Deutsche Bank Trust Company, et al.

### ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

**Defendants, Deutsche Bank Trust Company, as Trustee for Argent Securities Inc. Asset−Backed Pass−Through Certificates, Series 2006−W4, Under the Pooling and Servicing Agreement Dated April 1, 2006, Matrix Acquisitions, LLC, GE Capital Retail Bank and Tierra Lyons have failed to file an Answer or other responsive pleading to the Complaint for Declaratory Judgment; to Avoid Defectively Executed Mortgage; to Determine Validity, Priority; and to Sell Interest of Co−Owner in Real Property.**

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

KENNETH J. HIRZ, CLERK OF COURT

**Dated:** April 10, 2015
Form ohnb270

By: /S/A. A. THREATT
Deputy Clerk